■ In the Matter of JOSE VARGAS, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [670 NYS2d 649] —Determination unanimously confirmed without costs and petition dismissed (see, Matter of Martinez v Coombe, 234 AD2d 1004). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant. [670 NYS2d 145] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him upon a jury verdict of two counts of burglary in the second degree (Penal Law § 140.25 [2]), defendant contends that the verdict is not supported by legally sufficient evidence and is contrary to the weight of the evidence. We disagree (see, People v Bleakley, 69 NY2d 490, 495).

Supreme Court did not abuse its discretion in denying defendant's motions for a mistrial. The court gave prompt curative instructions addressing the basis for each motion, thereby alleviating any prejudice that may have resulted (see, People v Guise, 179 AD2d 1027, lv denied 79 NY2d 1001).

Defendant contends that three comments by the prosecutor during summation deprived him of a fair trial. We disagree. The court sustained an objection on two occasions and gave a prompt curative instruction. Further, the isolated comments were not so egregious as to deprive defendant of a fair trial (see, People v Rubin, 101 AD2d 71, 77, lv denied 63 NY2d 711; cf., People v Mott, 94 AD2d 415, 419). (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.